**EXHIBIT 1:** PHOTOGRAPH# 1



**EXHIBIT 1:** PHOTOGRAPH# 2



**EXHIBIT 1:** PHOTOGRAPH# 3



**<u>EXHIBIT 1:</u>** PHOTOGRAPH# 4



**<u>EXHIBIT 1:</u>** PHOTOGRAPH# 5

