**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://twitter.com/discoveryid/status/1210258976849506304



**EXHIBIT 2:** INFRINGEMENT# 2

URL: htttps://www.facebook.com/watch/?v=540593273198578



**EXHIBIT 2:** INFRINGEMENT# 3
URL: https://twitter.com/discoveryid/status/1210258976849506304



**EXHIBIT 2:** INFRINGEMENT# 4

URL: https://www.facebook.com/watch/?v=540593273198578



**EXHIBIT 2:** INFRINGEMENT# 5
URL: https://twitter.com/discoveryid/status/1210258976849506304



**EXHIBIT 2:** INFRINGEMENT# 6

URL: https://www.facebook.com/watch/?v=540593273198578



**EXHIBIT 2:** INFRINGEMENT# 7
URL: https://twitter.com/discoveryid/status/1210258976849506304



**EXHIBIT 2:** INFRINGEMENT# 8

URL: https://www.facebook.com/watch/?v=540593273198578



**EXHIBIT 2:** INFRINGEMENT# 9
URL: https://x.com/DiscoveryID/status/775875738088116224/photo/1



**EXHIBIT 2:** INFRINGEMENT# 10
URL: https://twitter.com/discoveryid/status/1210258976849506304



**EXHIBIT 2:** INFRINGEMENT# 11

URL: https://www.facebook.com/watch/?v=540593273198578

