USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLARIS IMAGES CORP., | |
| Plaintiff, | |
| -against- | 1:25-cv-6810-MKV |
| WARNER BROS. DISCOVERY, INC. d/b/a INVESTIGATION DISCOVERY, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Parties' Joint Letter and Proposed Case Management Plan, [ECF No. 17].  Having reviewed those materials, the Court orders that the Initial Pretrial Conference currently scheduled for December 17, 2025, at 11:30 AM, is hereby ADJOURNED *sine die*.  Separately, the Court will enter an endorsed version of the Proposed Case Management Plan and refer this matter to the Court-Annexed Mediation Program for mediation.

**SO ORDERED.**

**Date:  December 12, 2025**          _____
**New York, NY**                 **MARY KAY VYSKOCIL**
                        **United States District Judge**