SANDERS LAW GROUP

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 29, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2026

***Via ECF***
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *Polaris Images Corp. v. Warner Bros. Discovery, Inc.; Case No.: 1:25-cv-6810 (MKV)*

Dear Judge Vyskocil:

Plaintiff Polaris Images Corp. ("Plaintiff") and defendant Warner Bros. Discovery, Inc. ("Defendant"), through their counsel, jointly write pursuant to Section 1(G) of Your Honor's Individual Practices to respectfully request a thirty (30) day extension of time for the parties to file a dismissal of or to otherwise re-open the action.

By way of background, on January 27, 2026, the parties filed a Consent Letter Motion to continue the action in light of the parties' resolution in principle of the claims in this matter. Dkt. 21. On January 28, 2026, the Court entered an Order of Dismissal discontinuing the action without prejudice to restoring the action by March 30, 2026 if the parties are unable to memorialize their settlement. Dkt. 22. On March 28, 2026, the parties filed their first joint letter requesting additional time to file a dismissal or re-open the action which was granted on March 30, 2026. Dkt. 25.

This is the parties second joint request for an extension, and no other dates will be impacted by this request. The proposed new date to file a dismissal of or to restore the action is Wednesday, May 29, 2026. The parties have been working diligently to memorialize their resolution of all claims in this matter but need additional time to do so due to certain complex issues.

Should the Court deny the extension request, Plaintiff respectfully requests that the Court reopen the action. We thank the Court for its consideration of this request.

Respectfully submitted,

By:     */s/ Renee J. Aragona*
Renee J. Aragona, Esq.
Sanders Law Group
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: raragona@sanderslaw.group

*Counsel for Plaintiff*

By: */s/ Lindsay R. Edelstein*
Lindsay R. Edelstein, Esq.
Mitchell Silberberg & Knupp LLP
437 Madison Ave., 25th Floor
New York, NY 10022
(917) 546-7764
Email: lre@msk.com

*Counsel for Defendant*

**Granted. SO ORDERED.**

Date: 4/30/2026
New York, New York

Mary Kay Vyskocil
United States District Judge